UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

Plaintiff,

v.

RAYMOND LEWIS WILLIAMS,

Defendant.

Case No. 3:26-cr-00210-CRB-1

**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY**

The defendant is ordered released from the custody of the United States Marshal based on a sentence of time served.

**IT IS SO ORDERED.**

Dated: November 20, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California